IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TIMOTHY L. TYRRELL,** | ) | **CASE NO. 4:07CV3001** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **SOCIAL SECURITY ADMINISTRATION,** | ) | |
| **Michael J. Astrue, Commissioner of** | ) | |
| **the Social Security Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The matter before the Court is on the Motion for Enlargement of Time (Filing No. 8), in which the Plaintiff seeks additional time to file his initial brief. The Plaintiff asserts in his motion that he understands the Defendant Social Security Administration to have no objection to an enlargement of time. The Court finds the motion should be granted.

IT IS ORDERED:

1. The Plaintiff's Motion for Enlargement of Time (Filing No. 8) is granted; and

2. The Plaintiff shall file and serve a brief on or before May 14, 2007; the Defendant shall file and serve a brief on or before June 14, 2007; and the matter will be ripe for adjudication on June 15, 2007.

DATED this 16th day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge