IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMOTHY L. TYRRELL, | ) | CASE NO. 4:07CV3001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1.    The Defendant's motion for an extension of time to respond to the Plaintiff's brief (Filing No. 14) is granted; and

2.    The Defendant shall file its responsive brief on or before Wednesday, August 15, 2007.

DATED this 17th day of July, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge