IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMOTHY L. TYRRELL, | ) | CASE NO. 4:07CV3001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER AWARDING |
| | ) | ATTORNEY FEE |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Application for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). He seeks compensation for 30.65 hours of his attorney's fees, as more fully described in Exhibit 1 to his Application. The attorney's hourly rate has been computed to reflect a cost of living adjustment as authorized by 28 U.S.C. § 2412(d)(1)(D)(2)(A), as amended. The application and the reasonableness of the time expended is supported by the Affidavit of Counsel attached as Exhibit 3. Plaintiff seeks an attorney's fee of $5,093.99 and paralegal fees in the amount of $772.50.

The Defendant does not object to an award of fees in the amount of $5,866.49, pursuant to the EAJA. (Filing No. 28). The Court has reviewed the submissions and finds the requested award is reasonable and properly supported. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Application for attorney fees under the EAJA (Filing No. 23) is granted; and

2. The Plaintiff is awarded attorney fees in the amount of $5,866.49, payable to Stephen Speicher, Attorney at Law.

DATED this 7th day of November, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge